ORIGINAL

RECEIVED
JUN 2 0 2011
PRO SE OFFICE

## United States District Court/Eastern District of New York

| | | |
|---|---|---|
| **Plaintiff** | **V.s** | Complaint <br> **Jury Trial** |

Anthony Birmingham

Requested

Raymond Kelly P.C  **11 -**   **2965**

Christopher Manders shield#22733 of the
75th Precinct N.Y.P.D

Madison Security Comp.

GARAUFIS, J.

Anthony White M.S.C employee

BLOOM, M.J.

Owner of Linden Plaza

## Respondents

I, Anthony Birmingham am the Plaintiff in this case

presented before the courts. I herby request to proceed without

being required to pay the pre-paid fee's because I am unable to

pay the fee's adjusted at this moment due to proverty. I have not

received any source of income within the last 12 months or any

public benefits. Financially I am not stable with known assets,

leaving me to reside at home with my mother.

1

I do understand that the court shall dismiss this matter for

any false statement made and I am subject to committing perjury.

I Anthony Birmingham,declare under the penalty of perjury

that the above statement is true.

While sitting in his vehicle in the parking lot facility of where

he resides ,with Elisia, Mr. Birmingham was taken by Anthony

White ,Madison Security Guard, to the security office along with

the female. Allegedly Mr. White observed them conducting in a

sexual manner in the parking lot. Plaintiff was arrested August

21,2010 by officer Christopher Manders of the 75th precinct,

shield#22733, who was then later released by the courts.

**The following alleged allegations were dismissed:**

- False allegations: in which Madison Security Comp.is

  responsible for.

- False arrest: In which 75th precinct is responsible for.

- Illegally detained: in which 75th precinct is responsible for.

- Deformation of character: in which both parties are

  responsible for.

- Punitive damage: in which both parties are held accountable

  for.

  Plaintiff seeks $500,000 from N.Y.P.D and 500,000 from

Linden Plaza. Plaintiff also seeks $5,000,000 from the following

Madison Security Comp.

Anthony Birmingham
Anthony Birmingham

Today's Date: 06/20/11

Address: 625 Lincoln Avenue Apt: 185
(646-915-7899) (347-276-7980)
(347-740-5059)  347-740-5059
Zip. 11208 brooklyn, N.Y

Sign: Anthony Birmingham

Date: 6·20·11                    3

1-    Owner of Linden Plaza

R.Y management company incorporated

1619 3d ave.

New York, New York 10128


2-    75 precinct

1000 Sutter ave.

Brooklyn New York 11208


3-    Raymond Kelly

1 police plaza

New York, New York 10001


4-    Madison Security Company

2931 Westcheaster ave.

Bronx ,New York 10461

1